**UNITED STATES COURT OF INTERNATIONAL TRADE**          **FORM 1**

| FEUTRE NATIONAL FELT INC. | |
|---|---|
| **Plaintiff,** | **SUMMONS** |
| **v.** | **Court No. 26-00943** |
| **UNITED STATES,** | |
| **Defendant.** | |

**TO:** The Attorney General and the Secretary of Homeland Security:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).

/s/ Gina Justice
Clerk of the Court

### PROTEST

| Port(s) of Entry: | Derby Line. Alexandria Bay, etc. See Form I-3 | Center (if known): | Consimer Products & Mass Merchandising (CEE 008) |
|---|---|---|---|
| Protest Number: | See Schedule at Form I-3 | Date Protest Filed: | See Schedule at Form I-3 |
| Importer: | Feutre National Felt Inc. | Date Protest Denied: | See Schedule at Form I-3 |
| Category of Merchandise: | felt of other textile materials | | |

### ENTRIES INVOLVED IN ABOVE PROTEST

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| SEE SCHEDULE | | | | | |
| Form I-3 | | | | | |
| | | | | | |
| | | | | | |

Mark K. Neville, Jr., Esq.
International Trade Counsellors
2153 Clementine Street
Naples FL 34120, tel 239-384-9790
mkneville@itctradelaw.com

Name, Firm, Address, Telephone Number
and E-mail Address of Plaintiff's Attorney

## CONTESTED ADMINISTRATIVE DECISION

| Appraised Value of Merchandise | | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Tariff Classification | Rate | Tariff Classification | Rate |
| felt of other textile materials | 5602.29 | 6.3% | felt of other textile materals | Free |

**Other**

State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim:
Liquidation with assessment of duty and MPF

The issue which was common to all such denied protests:
Eligibility for USMCA benefit, duty-free and no MPF

Every denied protest included in this civil action was filed by the same above-named importer, or person authorized under 19 U.S.C. § 1514(c)(2). The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid.

/s/ Mark K. Neville, Jr.
_____
*Signature of Plaintiff's Attorney*

February 5, 2026
_____
*Date*

Form I-3
REVISED

# SCHEDULE OF PROTESTS

Consumer Products and Mass Merchandising (CEE 008)
Center (if known)

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Liquidation Date | Port Code |
|---|---|---|---|---|---|---|
| **PORT: DERBY LINE, VT** | | | | | | |
| 020925100077 | 4/17/25 | 8/26/25 | DS924596275 | 5/27/24 | 2/7/24 | 0209 |
| 020925100077 | 4/17/25 | 8/26/25 | DS962911402 | 2/12/24 | 2/7/24 | 0209 |
| 020925100077 | 4/17/25 | 8/26/25 | DS962929867 | 3/6/24 | 2/7/25 | 0209 |
| 020925100078 | 5/20/25 | 8/26/25 | DS963195856 | 12/4/24 | 2/14/25 | 0209 |
| 020925100078 | 5/20/25 | 8/26/25 | DS963206083 | 12/15/24 | 2/14/25 | 0209 |
| 020925100078 | 5/20/25 | 8/26/25 | DS963211497 | 12/22/24 | 2/14/25 | 0209 |
| 020925100079 | 5/20/25 | 8/26/25 | DS962951366 | 4/3/24 | 2/14/25 | 0209 |
| 020925100079 | 5/20/25 | 8/26/25 | DS962953644 | 4/7/24 | 2/14/25 | 0209 |
| 020925100079 | 5/20/25 | 8/26/25 | DS962959179 | 4/15/24 | 2/14/25 | 0209 |
| 020925100079 | 5/20/25 | 8/26/25 | DS963030459 | 7/2/24 | 2/14/25 | 0209 |
| 020925100079 | 5/20/25 | 8/26/25 | DS963034501 | 7/8/24 | 2/14/25 | 0209 |
| 020925100079 | 5/20/25 | 8/26/25 | DS963040763 | 7/11/24 | 2/14/25 | 0209 |
| 020925100079 | 5/20/25 | 8/26/25 | DS963042777 | 7/15/24 | 2/14/25 | 0209 |
| 071225102325 | 5/13/25 | 8/26/25 | DS963094828 | 9/4/24 | 2/14/25 | 0209 |
| 071225102325 | 5/13/25 | 8/26/25 | DS963104072 | 9/10/24 | 2/14/25 | 0209 |
| 071225102325 | 5/13/25 | 8/26/25 | DS963109394 | 9/15/24 | 2/14/25 | 0209 |
| 071225102325 | 5/13/25 | 8/26/25 | DS963111531 | 9/16/24 | 2/14/25 | 0209 |
| 071225102327 | 5/14/25 | 8/26/25 | DS963171337 | 11/11/24 | 2/14/25 | 0209 |
| 071225102327 | 5/14/25 | 8/26/25 | DS963180528 | 11/18/24 | 2/14/25 | 0209 |
| 071225102332 | 5/19/25 | 8/26/25 | DS963188950 | 11/26/24 | 2/14/25 | 0209 |

Form I-3
REVISED

# SCHEDULE OF PROTESTS

Consumer Products and Mass Merchandising (CEE 008)
Center (if known)

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Liquidation Date | Port Code |
|---|---|---|---|---|---|---|
| 071225102333 | 5/20/25 | 8/26/25 | DS963064037 | 8/4/24 | 2/14/25 | 0209 |
| 071225102333 | 5/20/25 | 8/26/25 | DS963070349 | 8/12/24 | 2/14/25 | 0209 |
| 071225102333 | 5/20/25 | 8/26/25 | DS963072477 | 8/13/24 | 2/14/25 | 0209 |
| 071225102333 | 5/20/25 | 8/26/25 | DS963073962 | 8/15/24 | 2/14/25 | 0209 |
| 380125109090 | 4/18/25 | 8/26/25 | DS962926467 | 2/29/24 | 2/7/25 | 0209 |
| 380125109090 | 4/18/25 | 8/26/25 | DS962932788 | 3/11/24 | 2/7/25 | 0209 |
| 380125109090 | 4/18/25 | 8/26/25 | DS962935625 | 3/13/24 | 2/7/25 | 0209 |
| 380125109090 | 4/18/25 | 8/26/25 | DS962944601 | 3/26/24 | 2/7/25 | 0209 |
| 380125109090 | 4/18/25 | 8/26/25 | DS962945533 | 3/27/24 | 2/7/25 | 0209 |
| 380225105780 | 5/13/25 | 8/26/25 | DS963082864 | 8/25/24 | 2/14/25 | 0209 |
| 380225105780 | 5/13/25 | 8/26/25 | DS963135837 | 10/6/24 | 2/14/25 | 0209 |
| 380225105781 | 5/14/25 | 8/26/25 | DS963156726 | 10/27/24 | 2/14/25 | 0209 |
| 380225105781 | 5/14/25 | 8/26/25 | DS963160967 | 10/30/24 | 2/14/25 | 0209 |
| 380225105781 | 5/14/25 | 8/26/25 | DS963161288 | 10/30/24 | 2/14/25 | 0209 |
| 380225105784 | 5/20/25 | 8/26/25 | DS963000932 | 6/2/24 | 2/14/25 | 0209 |
| 380225105784 | 5/20/25 | 8/26/25 | DS963048030 | 7/18/24 | 2/14/25 | 0209 |
| 380225105784 | 5/20/25 | 8/26/25 | DS963050127 | 7/22/24 | 2/14/25 | 0209 |
| 380225105785 | 5/20/25 | 8/26/25 | DS963011905 | 6/12/24 | 2/14/25 | 0209 |
| 380225105785 | 5/20/25 | 8/26/25 | DS963018983 | 6/19/24 | 2/14/25 | 0209 |

Form I-3
REVISED

# SCHEDULE OF PROTESTS

Consumer Products and Mass Merchandising (CEE 008)
Center (if known)

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Liquidation Date | Port Code |
|---|---|---|---|---|---|---|
| 380225105786 | 5/20/25 | 8/26/25 | DS962964427 | 4/21/24 | 2/14/25 | 0209 |
| 380225105786 | 5/20/25 | 8/26/25 | DS962968428 | 4/25/24 | 2/14/25 | 0209 |
| 380225105789 | 5/21/25 | 8/26/25 | DS962979722 | 5/7/24 | 2/14/25 | 0209 |
| 380225105789 | 5/21/25 | 8/26/25 | DS962980860 | 5/8/24 | 2/14/25 | 0209 |
| 380225105789 | 5/21/25 | 8/26/25 | DS962985091 | 5/14/24 | 2/14/25 | 0209 |
| 380225105789 | 5/21/25 | 8/26/25 | DS962985943 | 5/14/24 | 2/14/25 | 0209 |
| 380225105789 | 5/21/25 | 8/26/25 | DS962992600 | 5/22/24 | 2/14/25 | 0209 |
| **PORT: ALEXANDRIA BAY, NY** | | | | | | |
| 020925100077 | 4/17/25 | 8/26/25 | DS962944148 | 3/25/24 | 2/7/25 | 0708 |
| 020925100078 | 5/20/25 | 8/26/25 | DS963199494 | 12/9/24 | 2/14/25 | 0708 |
| 071225102325 | 5/13/25 | 8/26/25 | DS963095445 | 9/4/24 | 2/14/25 | 0708 |
| 071225102327 | 5/14/25 | 8/26/25 | DS963183514 | 11/21/24 | 2/14/25 | 0708 |
| 380225105780 | 5/13/25 | 8/26/25 | DS963088564 | 8/28/24 | 1/24/25 | 0708 |
| 380225105786 | 5/20/25 | 8/26/25 | DS962975852 | 5/3/24 | 1/24/25 | 0708 |
| **PORT: CHAMPLAIN-ROUSES POINT** | | | | | | |
| 020925100077 | 4/17/25 | 8/26/25 | DS962913283 | 2/14/24 | 2/7/25 | 0712 |
| 020925100077 | 4/17/25 | 8/26/25 | DS962935492 | 3/13/24 | 2/7/25 | 0712 |
| 020925100077 | 4/17/25 | 8/26/25 | DS962944981 | 3/28/24 | 2/7/25 | 0712 |

Form I-3
REVISED

# SCHEDULE OF PROTESTS

Consumer Products and Mass Merchandising (CEE 008)
Center (if known)

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Liquidation Date | Port Code |
|---|---|---|---|---|---|---|
| 020925100078 | 5/20/25 | 8/26/25 | DS963203908 | 12/11/24 | 2/14/25 | 0712 |
| 020925100078 | 5/20/25 | 8/26/25 | DS963208063 | 12/18/24 | 2/14/25 | 0712 |
| 020925100078 | 5/20/25 | 8/26/25 | DS963208089 | 12/18/24 | 2/14/25 | 0712 |
| 020925100078 | 5/20/25 | 8/26/25 | DS963209285 | 12/18/24 | 2/14/25 | 0712 |
| 020925100079 | 5/20/25 | 8/26/25 | DS962954360 | 4/8/24 | 2/14/25 | 0712 |
| 020925100079 | 5/20/25 | 8/26/25 | DS963037363 | 7/9/24 | 2/14/25 | 0712 |
| 071225102325 | 5/13/25 | 8/26/25 | DS963093283 | 9/2/24 | 2/14/25 | 0712 |
| 071225102325 | 5/13/25 | 8/26/25 | DS963093291 | 9/2/24 | 2/14/25 | 0712 |
| 071225102325 | 5/13/25 | 8/26/25 | DS963096856 | 9/4/24 | 2/14/25 | 0712 |
| 071225102327 | 5/14/25 | 8/26/25 | DS963168341 | 11/6/24 | 2/14/25 | 0712 |
| 071225102327 | 5/14/25 | 8/26/25 | DS963168358 | 11/6/24 | 2/14/25 | 0712 |
| 071225102327 | 5/14/25 | 8/26/25 | DS963178084 | 11/17/24 | 2/14/25 | 0712 |
| 071225102327 | 5/14/25 | 8/26/25 | DS963178134 | 11/17/24 | 2/14/25 | 0712 |
| 071225102327 | 5/14/25 | 8/26/25 | DS963187564 | 11/25/24 | 2/14/25 | 0712 |
| 071225102332 | 5/19/25 | 8/26/25 | DS963045077 | 7/16/24 | 2/14/25 | 0712 |
| 071225102332 | 5/19/25 | 8/26/25 | DS963046380 | 7/17/24 | 2/14/25 | 0712 |
| 071225102332 | 5/19/25 | 8/26/25 | DS963191988 | 12/1/24 | 2/14/25 | 0712 |
| 071225102332 | 5/19/25 | 8/26/25 | DS963192002 | 12/1/24 | 2/14/25 | 0712 |
| 071225102332 | 5/19/25 | 8/26/25 | DS963192010 | 12/1/2 | 2/14/25 | 0712 |

Form I-3
REVISED

# SCHEDULE OF PROTESTS

Consumer Products and Mass Merchandising (CEE 008)
Center (if known)

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Liquidation Date | Port Code |
|---|---|---|---|---|---|---|
| 071225102332 | 5/19/25 | 8/26/25 | DS963194842 | 12/3/24 | 2/14/25 | 0712 |
| 071225102332 | 5/19/25 | 8/26/25 | DS963195013 | 12/3/24 | 2/14/25 | 0712 |
| 071225102333 | 5/20/25 | 8/26/25 | DS963063690 | 8/5/24 | 2/14/25 | 0712 |
| 071225102333 | 5/20/25 | 8/26/25 | DS963063815 | 8/5/24 | 2/14/25 | 0712 |
| 071225102333 | 5/20/25 | 8/26/25 | DS963067543 | 8/7/24 | 2/14/25 | 0712 |
| 071225102333 | 5/20/25 | 8/26/25 | DS963076239 | 8/18/24 | 2/14/25 | 0712 |
| 071225102333 | 5/20/25 | 8/26/25 | DS963076353 | 8/18/24 | 2/14/25 | 0712 |
| 380125109090 | 4/18/25 | 8/26/25 | DS962925428 | 2/28/24 | 2/7/25 | 0712 |
| 380225105780 | 5/13/25 | 8/26/25 | DS963116183 | 9/19/24 | 2/14/25 | 0712 |
| 380225105780 | 5/13/25 | 8/26/25 | DS963130713 | 10/1/24 | 2/14/25 | 0712 |
| 380225105780 | 5/13/25 | 8/26/25 | DS963137304 | 10/7/24 | 2/14/25 | 0712 |
| 380225105781 | 5/14/25 | 8/26/25 | DS963159605 | 10/29/24 | 2/14/25 | 0712 |
| 380225105781 | 5/14/25 | 8/26/25 | DS963159639 | 10/29/24 | 2/14/25 | 0712 |
| 380225105781 | 5/14/25 | 8/26/25 | DS963166550 | 11/5/24 | 2/14/25 | 0712 |
| 380225105784 | 5/20/25 | 8/26/25 | DS962997815 | 5/29/24 | 2/14/25 | 0712 |
| 380225105784 | 5/20/25 | 8/26/25 | DS963063658 | 8/5/24 | 2/14/25 | 0712 |
| 380225105785 | 5/20/25 | 8/26/25 | DS963009537 | 6/10/24 | 2/14/25 | 0712 |
| 380225105785 | 5/20/25 | 8/26/25 | DS963021342 | 6/24/24 | 2/14/25 | 0712 |
| 380225105785 | 5/20/25 | 8/26/25 | DS963024403 | 6/25/24 | 2/14/25 | 0712 |

Form I-3
REVISED

# SCHEDULE OF PROTESTS

Consumer Products and Mass Merchandising (CEE 008)
Center (if known)

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Liquidation Date | Port Code |
|---|---|---|---|---|---|---|
| 380225105785 | 5/20/25 | 8/26/25 | DS963028461 | 7/1/24 | 2/14/25 | 0712 |
| 380225105786 | 5/20/25 | 8/26/25 | DS962961266 | 4/16/24 | 2/14/25 | 0712 |
| 380225105786 | 5/20/25 | 8/26/25 | DS962961274 | 4/16/24 | 2/14/25 | 0712 |
| 380225105786 | 5/20/25 | 8/26/25 | DS962961381 | 4/16/24 | 2/14/25 | 0712 |
| 380225105786 | 5/20/25 | 8/26/25 | DS962974269 | 5/1/24 | 2/14/25 | 0712 |
| 380225105789 | 5/21/25 | 8/26/25 | DS962951044 | 4/3/24 | 2/14/25 | 0712 |
| **PORT: BUFFALO/NIAGARA FALLS** | | | | | | |
| 071225102325 | 5/13/25 | 8/26/25 | DS963098423 | 9/8/24 | 2/14/25 | 0901 |
| 380225105780 | 5/13/25 | 8/26/25 | DS963121498 | 9/24/24 | 2/14/25 | 0901 |
| 380225105781 | 5/14/25 | 8/26/25 | DS963144219 | 10/13/24 | 2/14/25 | 0901 |
| 380225105784 | 5/20/25 | 8/26/25 | DS963000643 | 6/1/24 | 2/14/25 | 0901 |
| **PORT: DETROIT, MI** | | | | | | |
| 020925100077 | 4/17/25 | 8/26/25 | DS962920338 | 2/25/24 | 2/7/25 | 3801 |
| 020925100077 | 4/17/25 | 8/26/25 | DS962930097 | 3/7/24 | 2/7/25 | 3801 |
| 020925100078 | 5/20/25 | 8/26/25 | DS963211521 | 12/23/24 | 2/14/25 | 3801 |
| 071225102325 | 5/13/25 | 8/26/25 | DS963097144 | 9/6/24 | 2/14/25 | 3801 |
| 071225102327 | 5/14/25 | 8/26/25 | DS963179777 | 11/18/24 | 2/14/25 | 3801 |
| 071225102332 | 5/19/25 | 8/26/25 | DS963046752 | 7/19/24 | 2/14/25 | 3801 |
| 380125109090 | 4/18/25 | 8/26/25 | DS962906832 | 2/8/24 | 2/7/25 | 3801 |
| | | | | | | |

Form I-3
REVISED

# SCHEDULE OF PROTESTS

Consumer Products and Mass Merchandising (CEE 008)
Center (if known)

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Liquidation Date | Port Code |
|---|---|---|---|---|---|---|
| 380225105786 | 5/20/25 | 8/26/25 | DS962967115 | 4/24/24 | 2/14/25 | 3801 |
| 380225105786 | 5/20/25 | 8/26/25 | DS962974798 | 5/2/24 | 2/14/25 | 3801 |
| **PORT: PORT HURON, MI** | | | | | | |
| 020925100077 | 4/17/25 | 8/26/25 | DS962942985 | 3/24/24 | 2/7/25 | 3802 |
| 020925100078 | 5/20/25 | 8/26/25 | DS963210416 | 12/19/24 | 2/14/25 | 3802 |
| 020925100079 | 5/20/25 | 8/26/25 | DS963028545 | 6/30/24 | 2/14/25 | 3802 |
| 071225102327 | 5/14/25 | 8/26/25 | DS963186541 | 11/26/24 | 2/14/25 | 3802 |
| 071225102332 | 5/19/25 | 8/26/25 | DS963046240 | 7/18/24 | 2/14/25 | 3802 |
| 071225102333 | 5/20/25 | 8/26/25 | DS963073814 | 8/15/24 | 2/14/25 | 3802 |
| 380125109090 | 4/18/25 | 8/26/25 | DS962915718 | 2/19/24 | 2/7/25 | 3802 |
| 380225105780 | 5/13/25 | 8/26/25 | DS963078987 | 8/21/24 | 2/14/25 | 3802 |
| 380225105781 | 5/14/25 | 8/26/25 | DS963141389 | 10/10/24 | 2/14/25 | 3802 |
| 380225105781 | 5/14/25 | 8/26/25 | DS963146602 | 10/16/24 | 2/14/25 | 3802 |
| 380225105781 | 5/14/25 | 8/26/25 | DS963164423 | 11/3/24 | 2/14/25 | 3802 |
| 380225105784 | 5/20/25 | 8/26/25 | DS962997112 | 5/30/24 | 2/14/25 | 3802 |
| 380225105784 | 5/20/25 | 8/26/25 | DS963048832 | 7/21/24 | 2/14/25 | 3802 |
| 380225105784 | 5/20/25 | 8/26/25 | DS963058088 | 7/31/24 | 2/14/25 | 3802 |
| 380225105784 | 5/20/25 | 8/26/25 | DS963062650 | 8/4/24 | 2/14/25 | 3802 |
| 380225105785 | 5/20/25 | 8/26/25 | DS963002730 | 6/4/24 | 2/14/25 | 3802 |
| 380225105785 | 5/20/25 | 8/26/25 | DS963007937 | 6/10/24 | 2/14/25 | 3802 |

Form I-3
REVISED

# SCHEDULE OF PROTESTS

Consumer Products and Mass Merchandising (CEE 008)
Center (if known)

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Liquidation Date | Port Code |
|---|---|---|---|---|---|---|
| 380225105785 | 5/20/25 | 8/26/25 | DS963021276 | 6/23/24 | 2/14/25 | 3802 |
| 380225105785 | 5/20/25 | 8/26/25 | DS963024148 | 6/26/24 | 2/14/25 | 3802 |
| 380225105786 | 5/20/25 | 8/26/25 | DS962960029 | 4/16/24 | 2/14/25 | 3802 |
| 380225105789 | 5/21/25 | 8/26/25 | DS962950434 | 4/3/24 | 2/14/25 | 3802 |
| 380225105789 | 5/21/25 | 8/26/25 | DS962990034 | 5/18/24 | 2/14/25 | 3802 |